# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

LUIS ESQUIVEL, JR.,

        Defendant.

**APPEARANCE**

Case Number: 08MJ1042

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   LUIS ESQUIVEL, JR.

   I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/9/2008 | /s/ SHAFFY MOEEL |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD — 238732 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: April 9, 2008                          /s/ Shaffy Moeel
                                              SHAFFY MOEEL
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              e-mail: Shaffy_Moeel@fd.org