# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1042 |
| Plaintiff, | ) | |
| vs. | ) | SUBSTITUTION OF ATTORNEY |
| LUIS ESQUIVEL (01), | ) | |
| Defendant. | ) | |

Attorney, GERARD J. WASSON, 406 Ninth Avenue, Suite 311, San Diego, California, 92101, (619) 232-0181, is hereby retained as counsel of record for Defendant, LUIS ESQUIVEL, in place of Federal Defenders of San Diego, Inc., previous counsel. Jason Ser, of Federal Defenders, has been notified, and has acknowledged, that Gerard J. Wasson has been retained by Luis Esquivel.

DATED: 4-8-08

LUIS ESQUIVEL

DATED: 4-8-08

GERARD J. WASSON

08mj1042