```
                                          FILED
                                       08 APR 16 PM 3:48
                                       CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY:                  DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE RUBEN B. BROOKS)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LUIS ESQUIVEL,<br><br>        Defendant. | Case No. 08mj1042<br><br>SUBSTITUTION OF ATTORNEY |

    Attorney, GERARD J. WASSON, Esq, 406 Ninth Avenue, Suite 311, San Diego, California, 92101, (619) 232-0181, is hereby appointed as counsel of record for Defendant, LUIS ESQUIVEL, in place of Federal Defenders of San Diego, Inc., previous counsel.

    SO ORDERED.

DATED: 4/16/2008

                              HONORABLE RUBEN B. BROOKS
                              Magistrate Judge of U.S. District Court