```
 1  GERARD J. WASSON
    California Bar No. 166636
 2  406 Ninth Avenue, Suite 311
    San Diego, California  92101
 3  Telephone:  (619) 232-0181

 4  Attorney for LUIS ESQUIVEL (01)
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Criminal No. 08CR1218-DMS |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | JOINT MOTION FOR ORDER TO |
| ) | CONTINUE SENTENCING HEARING DATE |
| LUIS ESQUIVEL, and       ) | |
| PANFILO JIM ESQUIVEL,       ) | |
| ) | |
| ) | |
| Defendant.       ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY, and
        CARLOS CANTU, ASSISTANT UNITED STATES ATTORNEY

    The parties in the above matter jointly move this Court for an order continuing the sentencing hearing now set for August 15, 2008, at 9:00 a.m. to be re-calendared to September 19, 2008, at 9:00 a.m.  The reason for the request is because defense counsel will be out of the District.  The date and time of the requested hearing has been provided by the Court's clerk, and agreed upon by all of the parties.

                    Respectfully submitted,

Dated: August 4, 2008         /s/ Gerard J. Wasson
                     GERARD J. WASSON, Attorney for Luis Esquivel

Dated: August 4, 2008         /s/ Adam M. Ruben
                     ADAM M. RUBEN, Attorney for Panfilo Jim Esquivel

Dated: August 4, 2008         /s/ Carlos Cantu
                     CARLOS CANTU, Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, Gerard J. Wasson, declare and certify that by filing this document by electronic mail, it has been served on counsel for the defendants in this matter, and Assistant U.S. Attorney Carlos Cantu, and Adam M, Ruben, Esq., counsel for co-Defendant Panfilo Jim Esquivel.

Respectfully submitted,

Dated: August 4, 2008

/s/ Gerard J. Wasson
GERARD J. WASSON
Attorney for Defendant Luis Esquivel