1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10              **(HONORABLE DANA M. SABRAW)**

11

12  UNITED STATES OF AMERICA,           )      Criminal No. 08CR1218-DMS
                                        )
13              Plaintiff,              )
                                        )
14  v.                                  )      **ORDER TO CONTINUE**
                                        )      **SENTENCING  HEARING DATE**
15  LUIS ESQUIVEL and                   )
                                        )
16  PANFILO JIM ESQUIVEL,               )
                                        )
17              Defendants.             )
    _____)

18

19           For the reasons set forth in the parties' joint motion to continue the sentencing

20  hearing, the motion to continue is hereby granted.   The sentencing hearing now set for August 15,

21  2008, at 9:00 a.m. is to be re-calendared to September 19, 2008, at 9:00 a.m.

22           **IT IS SO ORDERED.**

23

24  DATED:  August 11, 2008

25           _____

26           HON. DANA M. SABRAW
             United States District Judge

27

28